Original

- 1 -

| 1 | Your Name: | ZAchary Thayer |
| 2 | Address: | 100 hartle |
| 3 | Phone Number: | 707-393-8395 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | ZWY8059@Gmail.Com |
| 6 | Pro Se Plaintiff | |

**FILED**

**MAY 24 2021**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAchary Thayer

Plaintiff,

vs.

Napa County

Minn Trann

exectutive councel

Defendant.

C 21-03937

Case Number _____ *[leave blank]*

**COMPLAINT**

**HSG**

DEMAND FOR JURY TRIAL

Yes ☒ No ☐

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name:       Napa County — Minn trann

Address:    _____

Telephone:  _____

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants.  [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name:  California Fire — Chief ballaie

Address:

Telephone:

Defendant 2:

Name:  Napa sherriff — Sherriff richardson

Address:

Telephone:

Defendant 3:

Name:  City of napa

Address:

Telephone:

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] Due Process 5th Admendment, 1st Admendment

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

2021 MAY 24 P 1:24

RECEIVED

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

Original

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.*]

4.    Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka.  First write in the county in which the events you are suing about happened, and then match it to the correct division.  The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.    Because this lawsuit arose in <u>Oakland - SF</u> County, it should be assigned to the <u>SF - Oakland</u> Division of this Court.

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case.  Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved.  Put each fact into a separate, numbered paragraph, starting with paragraph number 6.  Use more pages as needed.*]

In napa county city of napa on April 6th and march 23rd and going back over 2 years this community has chosen to ignore forward guidence, applied risk, ability to be self employed, managerial finance's and location accessment in risk based modeling, including ignoring open source guidence a 1071.2 of the California Penal code

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 4 -

1    ___. in VIEW OF CFR 7.8 "Flooding & Fire" and CFR 33
2    a open navigation in View of guidence and Finanical assessment- this
3    includes the county's Failure when Applying For County and City work- community
4    resources, and Community based employment in that of view of the state
5    member agents include the Previous land lord through Partisian Politics- members
6    ___. OF the sheriff dept through radio and RFId tagss, streaming
7    my Breeze against my Permission through HR 1066 in view of the
8    state "building inspection" or spot Positioning in view of incident
9    or day to day management. This includes Failure to Provide adaqute resources
10   when Applying For work, when seeking assistance when using community
11   ___. resources in view of day to day Management This include's issue
12   with Finanical, emotional, Psycological assistance in View of the state
13
14
15
16   ___.
17
18
19
20
21   ___.
22
23
24
25
26   //
27   //
28

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CLAIMS**

**First Claim**

(Name the law or right violated: 5th Admendment, 1st Admendment, 2nd Admendment    )

(Name the defendants who violated it: nala County & City of nala & California Fire    )

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

____. Due Process - 5th Admendment - Napa County

Between inter agency Applications stable employment, day today management applied risk assessment, living arraignment use of Community resources, and use of technology- through the Stream of the breeze software- geographical ____. Tracking system based identification, use's of Political Affliation in open source harassment and retailation- this includes RFid tagging in Ruby-Azure in view of the state under the California Consumer affair's bureu.

//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

1

**_____ Claim**

2 (*Name the law or right violated*: _____ )

3 (*Name the defendants who violated it*: _____ )

4 ____. _____

5 _____

6 _____

7 _____

8 ____. _____

9 _____

10 _____

11 _____

12 ____. _____

13 _____

14 _____

15 _____

16 ____. _____

17 _____

18 _____

19 _____

20 ____. _____

21 _____

22 _____

23 _____

24 ____. _____

25 _____

26 _____

27 _____

28

Orginal

# DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

_____. Finanical and emotional assistance - Federal Supreme Court is requesting Harm - Finanical, Psycological, emotional, Physical, idealogical and intellectual view of the state in view to day to day Management.

$5,000,000,00

# DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 4-19-21

Sign Name: _____

Print Name: ZAChery Thayer

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

*[Copy this page and insert it where you need additional space.]*

____. _____

_____

_____

_____

_____

_____

____. _____

_____

_____

_____

_____

_____

____. _____

_____

_____

_____

_____

_____

____. _____

_____

_____

_____

_____

_____

____. _____

_____

_____

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*



## AGENDA

### NAPA BERRYESSA RESORT IMPROVEMENT DISTRICT

**Tuesday   September 1, 2020   9:20 A.M.**

| | | | |
|---|---|---|---|
| Ryan Gregory Member | Diane Dillon Member | Alfredo Pedroza Member | Belia Ramos Member |

**GENERAL INFORMATION**

The Resort Improvement District meets in regular session at 1195 Third Street, Suite 305, Napa, California 94559. Wheelchair accessible. Assistive listening devices and interpreters are available through the Clerk of the County Board of Supervisors. Requests for disability related modifications or accommodations, aids or services may be made to the Clerk of the Board's office no less than 72 hours prior to the meeting date by contacting (707) 253-4580.

...divide into three sections:

ITEMS – These matters typically include routine financial or administrative actions, as well as final adoption of items that cannot be both introduced and adopted at the same meeting. Any item on the CONSENT CALENDAR will be PC at the request of any person. CONSENT CALENDAR items are usually approved with a single motion.

---

### 2020 W-2 and EARNINGS SUMMARY

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**Employee Reference Copy**

**W-2 Wage and Tax Statement 2020**

LANDMARK EVENT STAFFING SERVICES INC
4790 IRVINE BLVD STE 105
IRVINE CA 92620-1998

Batch #02620

ZACHARY J THAYER
2109 SOMMER ST
NAPA CA 94558

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | CA. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| 1. Your Gross Pay was adjusted as follows to produce your W-2 Statement. | | | | |
| Gross Pay | 235.13 | 235.13 | 235.13 | 235.13 |
| Reported W-2 Wages | 235.13 | 235.13 | 235.13 | 235.13 |

b. Employer's FED ID number 20-4345212
a. Employee's SSA number XXX-XX-6462
1. Wages, tips, other comp. 235.13
2. Federal income tax withheld 20.00
3. Social security wages 235.13
4. Social security tax withheld 14.58
5. Medicare wages and tips 235.13
6. Medicare tax withheld 3.41
7. Social security tips
8. Allocated tips
10. Dependent care benefits
11. Nonqualified plans
14. Other 235.809
15. State CA   Employer's state ID no. 265-2019 7
16. State wages, tips, etc. 235.13
17. State income tax
18. Local wages, tips, etc.
19. Local income tax
20. Locality name

2. Employee Name and Address.

ZACHARY J THAYER
2109 SOMMER ST
NAPA CA 94558

As of August 31, 2020

| Expense / Cost Type | Total estimate thru 12/30/2020 / Subtotal | CARES Act CRF (Not Budgeted) | Actuals through 6/30/2020 FEMA | Other Funding Sources | General Fund / Subtotal | CARES Act eligible (Not Budgeted) | Estimates through 11/30/2020 — CARES Act eligible (Re-directed staff) | FEMA | Other Funding Sources | General Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular PAE (Regular time) — 25% FEMA, 25% CARES | 6,087,137 | 2,434,855 | 224,863 | 2,209,992 | | 3,653,282 | | 3,314,988 | | |
| 100% CARES | 77,293 | 30,917 | 7,729 | 23,188 | | 337,295 | | | | |
| Overtime (EOC, 2-Health) — 75% FEMA, 25% CARES | 769,883 | 19,883 | 19,883 | | | 46,376 | 11,594 | 34,782 | | |
| Expn Ineligible — 25% FEMA, 25% CARES | 310,530 | 143,212 | 311,053 | 93,159 | | 250,000 | 250,000 | | | |
| Hazard Pay (thru 4/6/20) — 100% CARES Act | 730,310 | 292,124 | 73,031 | 219,053 | | 186,318 | 45,579 | 139,738 | | |
| ES/CD Hazard Pay (4/6/20) — 100% CARES | 20,000 | | | | | 438,186 | 109,546 | 328,639 | | |
| C80 Covid Sick Pay — 100% CARES | 339,110 | 339,110 | 339,110 | | | 20,000 | 20,000 | | | |
| Unemployment Claims | 4,799,997 | 303,722 | 303,722 | 2,500 | 336,610 | | | | | |
| PPE, ACS sanitation, medical care, etc | 840,000 | | | | | 4,495,875 | 4,495,875 | | | |
| Non-congregate sheltering | 5,010,000 | | | | | 840,000 | 840,000 | | | |
| Non-con people: Living Shelter/Services — Isolation and Quarantine | 4,840,007 | 1,223,676 | 188,447 | 772,806 | 267,373 | 5,010,000 | 5,010,000 | | | |
| Emergency Protective Measures — Equipment for telework | 156,226 | 16,226 | 16,226 | | | 3,611,381 | 902,845 | 2,708,536 | | |
| ACA CARES — Emergency protective measures (PPE, ACS, sanitation, medical care, etc) — 25% FEMA, 25% CARES | 613,851 | 245,540 | 61,385 | 184,155 | | 140,000 | 140,000 | | | |
| Response support - not claimable | 23,941 | 19,941 | | | 13,941 | 388,311 | 92,078 | 276,233 | | |
| Testing | 2,700,000 | 51,607 | | | 51,607 | 2,600,000 | 2,600,000 | | | |
| Purchases for Community Organizations (Hospitals, SNF, etc) | 72,056 | 28,823 | 7,206 | 21,617 | | 43,234 | | 32,425 | | |
| Community Support | 500,000 | | | | | 500,000 | 10,008 | | 48,393 | |
| Business Support | 500,000 | | | | | 500,000 | | | | |
| Housing | 500,000 | | | | | 500,000 | | | | 10,000 |
| Social Safety Net | 107,741 | | | | | 10,000 | | | | |
| Child care | | | | | | 500,000 | | | | |
| **TOTAL** | 28,889,939 | 5,129,584 | 2,217,721 | 1,314,018 | 321,480 | 350,551 | 23,760,355 | 16,655,207 | 3,326,581 | 3,520,354 | 48,393 | 10,000 |

Total Estimated CARES Act CRF eligible expenses $ 23,325,344
Total Estimated FEMA eligible expenses $ 4,834,771
Estimated other funding sources $ 369,873
Estimated eligible for other funding $ 28,529,388
General Fund estimate non-eligible expenses $ 360,551
General Fund estimate in excess of other available sources $ 9,144,144
Total General Fund estimated costs $ 9,504,695

note: $14,181,000 available



# AGENDA

## NAPA COUNTY BOARD OF SUPERVISORS

## Tuesday    September 1, 2020    9:00 A.M.



A Tradition of Stewardship
A Commitment to Service

| Brad Wagenknecht | Ryan Gregory | Diane Dillon | Alfredo Pedroza | Belia Ramos |
|---|---|---|---|---|
| District 1 | District 2 | District 3 | District 4 | District 5 |

| Minh C. Tran | Jose Luis Valdez | Jeffrey M. Brax |
|---|---|---|
| County Executive Officer | Clerk of the Board | County Counsel |

---

### GENERAL INFORMATION

The Board of Supervisors meets as specified in its adopted annual calendar on Tuesdays at 9:00 A.M. in regular session at 1195 Third Street, Suite 305, Napa, California 94559. The meeting room is wheelchair accessible. Assistive listening devices and interpreters are available through the Clerk of the Board of the Napa County Board of Supervisors. Requests for disability related modifications or accommodations, aids or services may be made to the Clerk of the Board's office no less than 72 hours prior to the meeting date by contacting (707) 253-4580.

**The agenda is divided into three sections:**

**CONSENT ITEMS** - These matters typically include routine financial or administrative actions, as well as final adoption of ordinances that cannot be both introduced and adopted at the same meeting. Any item on the CONSENT CALENDAR will be discussed separately at the request of any person. CONSENT CALENDAR items are usually approved with a single motion.

**SET MATTERS - PUBLIC HEARINGS** - These items are noticed hearings, work sessions, and items with a previously set time.

**ADMINISTRATIVE ITEMS** - These items include significant policy and administrative actions and are classified by program areas. Immediately after approval of the CONSENT CALENDAR, if the time for hearing SET MATTERS has not arrived, ADMINISTRATIVE ITEMS will be considered.

All materials relating to an agenda item for an open session of a regular meeting of the Board of Supervisors which are provided to a majority or all of the members of the Board by Board members, staff or the public within 72 hours of but prior to the meeting will be available for public inspection, at the time of such distribution, in the office of the Clerk of the Board of Supervisors, 1195 Third Street, Suite 305, Napa, California 94559, Monday through Friday, between the hours of 8:00 a.m. and 5:00 p.m., except for County holidays. Materials distributed to a majority or all of the members of the Board at the meeting will be available for public inspection at the public meeting if prepared by the members of the Board or County staff and after the public meeting if prepared by some other person. Availability of materials related to agenda items for public inspection does not include materials which are exempt from public disclosure under Government Code sections 6253.5, 6254, 6254.3, 6254.7, 6254.15, 6254.16, or 6254.22.

**ANY MEMBER OF THE AUDIENCE DESIRING TO ADDRESS THE BOARD ON A MATTER ON THE AGENDA** please proceed to the rostrum and, after receiving recognition from the Chair, give your name and your comments or questions. In order that all interested parties have an opportunity to speak, please be brief and limit your comments to the specific subject under discussion. Time limitations shall be at the discretion of the Chair or Board.

**AGENDA AVAILABLE ONLINE AT** www.countyofnapa.org

Napa County - Board of Supervisors

### How to Watch or Listen to the Napa County Board of Supervisors Meetings

### **IN-PERSON ATTENDEES MUST TO WEAR A FACE MASK COVERING THE NOSE AND MOUTH INSIDE THE BOARD CHAMBERS AT ALL TIMES.**

The Napa County Board of Supervisors will continue to meet pursuant to the adopted 2020 calendar available at the following link:

https://www.countyofnapa.org/DocumentCenter/View/16790/2020-Board-of-Supervisors-Calendar-PDF

The Board realizes that not all County residents have the same ways to stay engaged, so several alternatives are offered.  Please watch or listen to the Board of Supervisors meeting in one of the following ways:

1. **Watch on your TV** - Napa Valley TV Channel 28 (programming subject to local pre-emption rules and schedules).

2. **Listen on your cell phone via Zoom** at 1-669-900-6833 then enter Meeting ID **842-343-169** once you have joined the meeting.

3. **Watch via the Internet** – view the Live Stream

   a. via Zoom at the following link: https://www.zoom.us/join

      then enter Meeting ID **842-343-169**.

   b. via Granicus by clicking on the following link:

      http://napa.granicus.com/ViewPublisher.php?view_id=2

4. You may submit public comment for any item that appears on the agenda, or general public comment for any item or issue that does not appear on the agenda, as follows:

   **Via email:**  send your comment to the following email address:

   publiccomment@countyofnapa.org.  **EMAILS WILL NOT BE READ ALOUD.**

   **Emails received by 8:00 AM on Tuesdays will be posted online.  Emails received during board meetings will be posted *after* the meeting.  All emails become part of the permanent record.**

   **Via telephone:** please call the Board of Supervisors Public Comment Line at **(707)-299-1776**. **Please mute all audio devices and do no use the speakerphone to prevent echoing.**

   Please provide your name and the agenda item on which you are commenting.  Calls will be placed on hold and heard in the order received.  Hold time is limited to 20 minutes per caller.

The above-identified measures exceed all legal requirements for participation and public comment, including those imposed by the Ralph M. Brown Act and Executive Order N-29-20 and N-33-20.  For more information, please all at (707)-253-4421 or email clerkoftheboard@countyofnapa.org.

1. **CALL TO ORDER; ROLL CALL**

2. **PLEDGE OF ALLEGIANCE**

3. **APPROVAL OF MINUTES**

4. **PRESENTATIONS AND COMMENDATIONS**

   A. Presentation of a proclamation to Sarah O'Malley, Deputy Director/Mental Health Director; Kerry Ahearn, Executive Director of Aldea Children and Family Services; and Denise Bleuel and Jim Warnock, suicide family survivors and members of the Suicide Prevention Council declaring September 2020 "Suicide Prevention Month" in Napa County.

5. **DEPARTMENT HEADS REPORTS AND ANNOUNCEMENTS**

6. **CONSENT ITEMS**

   Law & Justice

   A. Chief Probation Officer requests approval of and authorization for the Chair to sign Amendment No. 1 to Agreement No. 200157B with the Board of State and Community Corrections to extend the term from September 30, 2020 to September 30, 2021.

   B. Public Defender requests authorization for the Chair to sign an agreement with Polly Webber, Immigration Consultant, for a maximum of $9,360 per year for the term June 1, 2020, through June 30, 2023.

   Public Safety

   C. County Fire Chief requests approval of and authorization for the Chair to sign the following agreements for the term July 1, 2020 through June 30, 2021 with an automatic annual renewal option up to two additional years to provide portable toilet services for the Napa County Fire Department:

      1. American Sanitation, Inc. for a maximum amount of $5,500 per fiscal year.
      2. Johnny on the Spot for a maximum amount of $10,000 per fiscal year.

Community Resources & Infrastructure

D.   Director of Public Works requests following:

    1.   Approval of and authorization for the Chair to sign Amendment No. 4 to Agreement No. 190311B with Napa Valley Transportation Authority (NVTA) to provide funding in the amount of $21,600 to help pay for completion of the design and engineering documents for the Calistoga segment of the Vine Trail; and

    2.   Approval of Budget Transfer No. DPW007 for the following (4/5 vote required):

        a.   Increase appropriation by $21,600 in General Fund Non-Departmental budget (Fund 1000, Sub-Division 1050000) offset by decrease in appropriation in General Fund Appropriations for Contingencies budget (Fund 1000, Sub-Division 1059000); and

        b.   Increase appropriation by $21,600 in Roads Operations budget (Fund 2040, Sub-Division 2040000) offset by increase in revenue by the same amount from the transfer from General Fund.

E.   Director of Public Works requests the following:

    1.   Approval of and authorization for the Chair to sign Amendment No. 2 to Agreement No. 200227B with GHD, Inc. to provide Phase III project design and construction services for the Airport Boulevard Project, RDS 20-14 with an increased compensation by $138,310 for a new maximum of $326,402; and

    2.   Approval of Budget Transfer No. DPW005 for the following (4/5 vote required):

        a.   Increase appropriations by $153,374 in the Measure T Non-Operating Special Revenue Fund (SRF) budget (Fund 2440, Sub-Division 1220053) to transfer to Program 20032 offset by use of its available fund balance; and

        b.   Increase appropriations by $153,374 in Program 20032 (Airport Blvd Project) budget offset by an increase in revenue from the transfer from the Measure T SRF budget.

F.   Director of Public Works requests the following:

    1.   Award of the contract to the lowest bidder, Pat Nelson Construction Inc. of Petaluma, California for their base bid of $393,640 and authorize the Chair to sign the construction contract for the SB-1-Mt. Veeder Road Bridge MPM 2.13, RDS 20-26;

    2.   Approval of and authorization for the Chair to sign Amendment No. 1 to Agreement No. 200304B with ADKO Engineering increasing maximum compensation by $26,494 for Mt. Veeder Road Bridge MPM 2.13, RDS 20-26 for a new maximum of $71,042 for additional design and construction support  and increasing maximum compensation by $9,000 for Buhman Road Bridge, RDS 20-25 for a new maximum of $221,483 and for a new accumulated total of $292,525; and

    3.   Approval of Budget Transfer No. DPW006 for the following (4/5 vote required):

        a.   Increase appropriations by $563,728 in the SB-1 Non-Operating Special Revenue Fund (Fund 2440, Sub-Division 1220052) with the use of its available fund balance to be transferred to Program 20037; and

        b.   Increase appropriations by $563,728 in Program 20037 (SB-1-Mt. Veeder Road Bridge MPM 2.13 Project) budget offset by an increase in revenue from the transfer from the SB-1 Non-Operating Special Revenue Fund.

General Admin & Finance

**G.** Assessor-Recorder-County Clerk requests approval of and authorization for the Chair to sign a license agreement with Tuolumne County to provide offsite storage of Official Records microfilm for the term October 1, 2020 through September 30, 2021 which converts to month-to-month revocable upon 90 days notice by either party.

**H.** Assessor-Recorder-County Clerk requests Board authorization to waive fees for copies of official records; filed maps; assessor maps and assessor building records for the period of August 20, 2020 through June 30, 2021 for owners of properties impacted by the 2020 LNU Fire Complex.

**I.** County Executive Officer/Purchasing Agent and Assessor-Recorder-County Clerk ex officio Registrar of Voters request the following actions:

1. Declare one non-capitalized return ballot envelope manual bin sorting system as surplus and no longer required for public use; and
2. Authorize the donation of the bin sorting system to Butte County Election Division at no cost to the County.

**J.** Auditor-Controller, Director of Human Resources, and Chief Information Officer request approval of and authorization for the Chair to sign Amendment No.1 to Agreement No. 200281B with Tyler Technologies, revising the payment structure for travel and removing the change management component from the Statement of Work, resulting in a contract reduction of $15,900.00.

**K.** Auditor-Controller requests the Board to accept and instruct the Clerk of the Board to file the quarterly report of donations received for the quarter ended June 30, 2020, including acceptance of donations totaling $1,216.60 received by the Auditor-Controller on behalf of the Animal Shelter.

**L.** Auditor-Controller requests adoption of a resolution establishing the tax rates for the Fiscal Year 2020-21 Secured Tax Roll.

**M.** County Executive Officer, Chief Information Officer, and Clerk of the Board request approval of and authorization for the Chair to sign an agreement with Granicus, Inc. for a maximum of $313,046 for the term of July 1, 2020 through June 30, 2023 to provide equipment, training, setup and configuration for a Boards and Commission's module, new agenda management system, eComment and closed captioning services, as well as provide ongoing system management of the Granicus internet broadcasting of public meetings.

**7.  DISCUSSION OF ITEMS PULLED FROM THE CONSENT CALENDAR**

**8.  PUBLIC COMMENT**

**9.  SET MATTERS OR PUBLIC HEARINGS**

**A.**  <u>**9:15 AM**</u>

Presentation by Dr. Karen Relucio, the County's Public Health Officer and discussion regarding the Coronavirus (COVID-19) situation, for Board direction and possible action.

B. **9:15 AM**

Recess to the Lake Berryessa Resort Improvement District (LBRID) meeting (see LBRID Agenda).

C. **9:20 AM**

Recess to the Napa Berryessa Resort Improvement District (NBRID) meeting (see NBRID Agenda).

D. **10:15 AM PUBLIC HEARING**

The hearing for this matter was originally scheduled for 9:25 AM but moved to no earlier than 10:15 AM due to other items on the Board's agenda. All parties were notified of the change. The item will be heard at 10:15 AM. Consideration and possible direction regarding appeals filed by Patricia Damery, c/o Kathy Felch (Appellant Damery), and George and Jeff Atlas and Paul Rowe, c/o Kevin Block (Appellant Atlas and Rowe), to a decision by the Planning Commission on February 5, 2020 to approve (5:0– AYES: Gallagher, Whitmer, Hansen, Mazotti, Cottrell) an application submitted by Anthem Winery and Vineyards, c/o Justin H. Arbuckle and Julie A. Arbuckle, Trustees of the Arbuckle Family Trust May 5, 2006 (Applicant) for approval of a Use Permit Major Modification (P14-00320-MOD) for an existing 30,000 gallon winery permit to allow the following: (a) the construction of a new 10,388 sq. ft. winery facility that includes a 1,508 sq. ft. tasting room, a 1,724 sq. ft. office, catering and conference room, and approximately 4,600 sq. ft. of outdoor marketing areas; (b) the development of 29,053 sq. ft. of caves including the on-site placement and storage of spoils; (c) an increase in on-site parking from two spaces to 22 spaces; (d) the development of winery support facilities (water tanks, septic system, and rainwater harvesting and winery process water recycling and reuse systems); (e) an increase in the number of employees from one part-time employee to seven full-time and five part-time employees; (f) a change in the winery's hours of operation from 9:00 AM to 5:00 PM Monday through Sunday to 8:00 AM to 8:00 PM Monday through Sunday (production hours) and 10:00 AM to 6:00 PM Monday through Sunday (visitation hours), and marketing events 11:00 AM to 10:00 PM Monday through Sunday; (g) a marketing plan that includes daily tours and tastings by appointment with a maximum of 170 visitors per week during the Summer/Fall Season (April 1 through November 15) and a maximum of 120 visitors per week during the Winter/Spring Season (November 16 through March 31), and 23 annual marketing events (20 30-person events, two 50-person events, and one 100-person event) resulting in a maximum of 7,623 annual visitors, and on-site consumption of wine produced on-site; and (h) the reconfiguration of an existing access driveway including the construction of a clear span bridge and approximately 650 feet of new driveway to provide adequate access to the winery (hereafter referred to as the Project).The Project also includes an Exception to the Napa County Road and Street Standards (RSS) for reduced commercial driveway widths and for road grades exceeding 18%, a viewshed request and an Agricultural Erosion Control Plan (ECPA) for the installation and maintenance of approximately 1.19 acres of new vineyard. The Project would be completed in three phases: Phase I includes construction of the driveway, parking, septic system, production structures (Fermentation Buildings and Bottling Room), outdoor tasting area, and the cave water storage tanks; Phase II includes construction of the remainder of the caves; and Phase III includes construction of the tasting room and the office/catering/conference room building. The Project is located on an approximate 44.8 acre holding within the Agricultural Watershed (AW) zoning district that consists of two parcels: i) the "Winery Parcel" (3454 Redwood Road, APN 035-470-046), an approximate 27.23 acre parcel located on the east side of Redwood Road approximately 1.5 miles north of its intersection with Browns Valley Road; and ii) the "Access Parcel" (3123 Dry Creek Road, APN 035-460-038), an approximate 17.54 acre parcel located on the west side of Dry Creek Road approximately 1.7 miles north of its intersection with Redwood Road (or approximately 0.4 miles north of its intersection with Linda Vista Avenue). Access to the winery is proposed from Dry Creek Road.
**(CONTINUED FROM MAY 19, 2020.  APPLICANT REQUESTED A CONTINUANCE TO NOVEMBER 10, 2020, AT 1:30 P.M. STAFF AND APPELLANTS SUPPORT THE REQUEST.)**

Napa County - Board of Supervisors

**ENVIRONMENTAL DETERMINATION:** Consideration and possible adoption of a Mitigated Negative Declaration. According to the proposed Mitigated Negative Declaration, the proposed Project would not have any potentially significant environmental impacts after implementation of mitigation measures. Mitigation measures are proposed for the following area(s) Biological Resources, Geology and Soils, and Noise. The Project site is not included on a list of hazardous materials sites compiled pursuant to Government Code Section 65962.5.

## 10. ADMINISTRATIVE ITEMS

General Admin & Finance

A.    County Executive Officer requests authorization for issuance of a Notice of Funding Availability (NOFA) to support local programs during the COVID 19 pandemic; and direction to staff to administer the program in a manner that allows for maximum flexibility for community recovery.

## 11. LEGISLATIVE ITEMS

## 12. BOARD OF SUPERVISORS COMMITTEE REPORTS AND ANNOUNCEMENTS

## 13. BOARD OF SUPERVISORS FUTURE AGENDA ITEMS

## 14. COUNTY EXECUTIVE OFFICER REPORTS AND ANNOUNCEMENTS

## 15. CLOSED SESSION

## 16. ADJOURNMENT

**ADJOURN TO THE BOARD OF SUPERVISORS REGULAR MEETING, TUESDAY, SEPTEMBER 15, 2020 AT 9:00 A.M.**

I HEREBY CERTIFY THAT THE AGENDA FOR THE ABOVE STATED MEETING WAS POSTED AT A LOCATION FREELY ACCESSIBLE TO MEMBERS OF THE PUBLIC AT THE NAPA COUNTY ADMINISTRATIVE BUILDING, 1195 THIRD STREET, NAPA, CALIFORNIA ON FRIDAY, AUGUST 28, 2020 BY 5:00 P.M. A HARDCOPY SIGNED VERSION OF THE CERTIFICATE IS ON FILE WITH THE CLERK OF THE BOARD OF SUPERVISORS AND AVAILABLE FOR PUBLIC INSPECTION.

Jose Luis Valdez (By e-signature)
JOSE LUIS VALDEZ, Clerk of the Board

STATE OF CALIFORNIA
**REQUEST FOR MEDIATION AND/OR FAIR HEARING**
DR 107 (Rev. 07/19)

DEPARTMENT OF REHABILITATION

Page **2** of **2**

Consumer Name
ZAchary Thayer

Consumer's Authorized Representative Name:

Client Assistance Program
☐ Yes          ☐ No

Email Address
ZWY8059@Gmail.com

Residence Address
2109 Sommer

City
Napa

State
CA

Zip Code
94557

Mailing Address, If Different

City

State

Zip Code

To participate in mediation and/or fair hearing, I will need the following accommodations (such as interpreters, assistive listening systems, or alternate formats):

By signing this form, I consent to the release of information on this form and the information necessary to carry out the mediation and/or fair hearing to the mediator(s), impartial hearing officer(s), mediation and/or hearing staff, and my representative.

Consumer Signature

Date Signed
6-03-20

### For both Mediation and/or Fair Hearing requests:

**Mail the signed request to:**
Mediation and Fair Hearing Office
c/o Department of Rehabilitation
Legal Affairs
P. O. Box 944222
Sacramento, CA 94244-2220

**OR** hand carry the signed request to:
Mediation and Fair Hearing Office
c/o Department of Rehabilitation
Legal Affairs
721 Capitol Mall, Sacramento, CA 95814-4702

**OR** fax the signed request to:
(916) 558-5861
Attention - Mediation and Fair Hearing Office

**OR** email the signed request
to: appealsinfo@dor.ca.gov

For information about mediation services and/or fair hearings call (916) 558-5860 (voice) or (916) 558-5862 (TTY) or visit the DOR webpage at
https://dor.ca.gov/Home/
ResolvingDisputesandComplaints

JUL 14 2020

  COPY

STATE OF CALIFORNIA   NAPA COUNTY   DEPARTMENT OF REHABILITATION
**REQUEST FOR MEDIATION AND/OR FAIR HEARING**
DR 107 (Rev. 07/19)                                                Page **1** of **2**

**PRIVACY STATEMENT** - The information requested on this form, including name and address, is necessary for identification. Failure to provide the information requested may result in delays in services.

| Consumer Name _Zachary Thayer_ | SSN (last 4 digits) XXX-XX- _6462_ | DOR Counselor Name _Patti Paris_ |
|---|---|---|

| Telephone Number _707-393-8395_ | Check if TTY ☐ | E-mail Address _ZWY8059@Gmail.com_ | | |
|---|---|---|---|---|

| Residence Address _2109 Sommer_ | City _Napa._ | State _CA_ | Zip Code _94559_ |
|---|---|---|---|
| Mailing Address, If Different | City | State | Zip Code |

---

**Client Assistance Program (CAP)**

If you need help filling out this form or want assistance in resolving a problem with the DOR, you may speak to a local CAP advocate. Call toll free at 1-800-776-5746 (voice), 1-800-719-5798 (TTY), or visit the CAP webpage www.disabilityrightsca.org/about/cap.html

---

I am dissatisfied with a decision or action by the DOR and request **one or both** of the following:

☐ **Mediation -** I request that an impartial mediator assist me and the DOR in resolving our different viewpoints regarding a DOR decision made or action taken within **one year of this request.**

(Mediation will be held within 25 calendar days from receipt of your request, unless you agree to a later date.)

☑ **Fair Hearing -** I request a hearing before an impartial hearing officer who will review a decision made or action taken by the DOR.

(Hearing requests must be made within 30 calendar days of your receipt of an Administrative Review Decision or within one year of the date of the decision or action with which you disagree.)

---

Explain the DOR decision made (and date), or action taken (and date) with which you disagree: ➔

_I was told the case was no longer wanted bye the agency as I was seeking self employment but when I went to the city and county to due this it was denied by those agency's. I was also awarded the right to sue the previous employer bie EEOC and the city's local court would not allow me to due this or accept the paperwork for the lawsuit. The clerk's wouldn't even tell me if the paperwork was correct, legal aid wouldn't help and_

Why do you disagree and how do you want the problem solved? _I have asked to be put in a trucking program that the county next door offers, when I requested this the county closed my case o sense then every time I am offered work I am lived scan (Fire dept drive's bye) or the radio is hacked to the point t HR 1060 or ambulancy management let's me go, feel's uncomfortable or customer complain, this is done through building enforcement & breeze software with the state_

RECEIVED

JUL 1 4 2020

NAPA COUNTY
EXECUTIVE OFFICE

## AUTHORIZTION EXPIRATION

This Authorization expires 30 days from the date signed unless otherwise specified here:

## NOTICE OF RIGHTS AND OTHER INFORMATION

- I may refuse to sign this authorization. My refusal will not affect my ability to obtain treatment, payment, or eligibility for benefits.
- I may revoke this authorization at any time. My revocation must be in writing, signed by me or my personal representative. My revocation must be submitted on the Agency's Authorization Revocation form which can be obtained from and then submitted to the Napa County Health & Human Services Agency.
- My revocation will be effective upon receipt by the Agency of a signed Authorization Revocation form except to the extent that the Agency or others have previously acted in reliance upon this authorization.
- I have a right to receive a copy of this authorization.
- Some types of information disclosed pursuant to this authorization could be re-disclosed by the recipient and in some cases may no longer be protected by State or Federal confidentiality laws. Information pertaining to my alcohol and drug treatment, subject to the Federal privacy law (42 CFR Part 2), will not be re-disclosed without my authorization.
- I may inspect or obtain a copy of the health information to which this authorization applies.
- I may request and receive clarification of any concerns or questions I may have regarding this authorization.

## SIGNATURE(S)

Signature: _____    8-2-20
*Client or Personal Representative*                    *Date*

_____
*Name of Representative (if applicable)*    _____
                                           *Relationship to Client*

Signature: _____ MFT    6/9/21
*Signature of Professional\**              *Date*

\*Professional for this authorization refers only to a Physician, Licensed Psychologist or Social Worker with a Master's degree in social work, or Marriage and Family Therapist who approves this patient initiated request for release of patient records.

2

Authorization for use and disclosure 5.22.2020

Napa County Health & Human Services Agency

## AUTHORIZATION FOR DISCLOSURE OF INFORMATION

Privacy, use, and disclosure guidelines are in accordance with Health Insurance Portability and Accountability (HIPAA) Privacy Rule CFR Section 164.508; Welfare and Institution Code Section 10850; and California Civil Code Section 1798.24.

**Completion of this document authorizes the disclosure and/or use of your confidential information, to the extent of Protected Health Information (PHI) and/or Personal Identifiable Information (PII) consistent with State and Federal law pertaining to the privacy of such information. Failure to provide ALL information requested may invalidate this Authorization.**

Client Name: <u>Zachary Thayer</u>          Date of Birth: <u>6/8/1985</u>

### USE AND DISCLOSURE

This disclosure of information is required for the following purpose(s):

- ☑ Evaluation
- ☑ Treatment Planning/Course
- ☑ Other (Specify) <u>Coordination of services</u>

I authorize a two-way disclosure of my health and personal information between the organizations listed below for coordination of my care and treatment:

**Name of Agency/Person/Organization:**
<u>Napa County Mental Health</u>
Address (Street, City, State and Zip Code):
<u>2751 Napa Valley Corporate Drive, Napa, CA 94558</u>
**Name of Agency/Person/Organization:**
<u>Napa County Self-Sufficiency</u>
Address (Street, City, State and Zip Code):
<u>2751 Napa Valley Corporate Drive, Napa, CA 94558</u>

This Authorization applies to the information I have initialed below:

| | |
|---|---|
| <u>X</u> Complete Record | _____Results of Psychological/Vocational Testing |
| _____Diagnosis | _____Discharge Summary or Aftercare Plan |
| _____Psychiatric Evaluation | _____Billing Records |
| _____Social History | _____Other_____ |
| _____Individual Treatment Plan | _____Other_____ |

1



A Tradition of Stewardship
A Commitment to Service

**RECEIVED**

JUL 1 4 2020

NAPA COUNTY
EXECUTIVE OFFICE

**County Executive Office**

1195 Third Street
Suite 310
Napa, CA 94559
www.countyofnapa.org

Main: (707) 253-4821
Fax: (707) 259-8681

**Kerry John Whitney**
Risk & Emergency Services Manager

April 10, 2019


Zachary Thayer
100 Hartle Court
Napa, CA 94558

Re:    Claim of Zachary Thayer (Claim Number 19-133) Against County

Dear Mr. Thayer,

Notice is hereby given that the claim which you presented to the County of Napa on April 5, 2019 was REJECTED on April 9, 2019.

<u>**WARNING**</u>

Subject to certain exceptions, you have only six (6) months from the date that this notice was personally delivered or deposited in the mail to file a court action on your State law claim. See Government Code Section 945.6. This notice does not apply to any claim you may have under Federal law and your time for filing an action on any Federal law claim may be less than six months.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please also be advised that, pursuant to Sections 128.7 and 1038 of the California Code of Civil Procedure, the County will seek to recover all costs of defense in the event an action is filed in the matter and it is determined that the action was not brought in good faith and with reasonable cause.

Regards,

Kerry John Whitney
Napa County Risk Manager

cc:    George Hills Company, Inc.
       Clerk of the Board

RECEIVED

JUL 1 4 2020

NAPA COUNTY
EXECUTIVE OFFICE

 COPY



**Employment Development Department**
**Discrimination Complaint Form**

Please use this form to file a discrimination complaint to the Employment Development Department (EDD). To submit a discrimination complaint, complete this form and send it to the Equal Employment Opportunity (EEO) Office.

By mail:  Employment Development Department       By fax:  916-654-9371
          Equal Employment Opportunity Office      Attn. to: Equal Employment Opportunity Office
          PO Box 826880, MIC 49
          Sacramento, CA 94280-0001

### 1. Complainant Information:

☐ Miss   ☐ Ms.   ☐ Mrs.   ☑ Mr.   ☐ Other

Home Phone: 707-393-8395
Work Phone: _____
Cell: _____

Name: Zachary Thayer

Street Address: 2109 Sommer

City: napa          E-mail: Zwy8057@Gmail.com

State: CA    Zip Code: _____

### 2. Complainant Contact Information:

When is a convenient time during business hours (8 a.m. to 5 p.m.) to contact you by phone about this complaint?

| Day | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| Time | all day | | | | |
| Phone Number | 707-393-8395 | | | | |

### 3. Contact Information for the person(s) who you claim discriminated against you:

| Provide the name of the entity where person(s) work(s): | B.O.A |
|---|---|

Name of person(s) who discriminated against you:

| Address of person(s)/entity: | B.O.A |
|---|---|

| City: napa | State: CA | ZIP Code: 94559 |
|---|---|---|

Phone:

| Date of first occurrence: May 26th | Date of most recent occurrence: June 18th |
|---|---|

DE 8498 Rev. 2 (12-17) **(INTRANET)**          Page 1 of 4                              CU

**4. Tell us about the incident(s):**

- Explain briefly what happened and how you were discriminated against.
- Provide the date(s) when the incidents(s) occurred.
- Indicate who discriminated against you. Include names and titles, if possible.
- If other people were treated differently than you, tell us how they were treated differently.
- Attach any documents that you think may help us better understand your complaint.

I am Filing a EEOC case against my previous Employer, when awarded my unemployment when calling bank of America my Phone was hacked by a individual I know, when I went into the bank I was called innapporate names, I was told I was carrying a bomb and that I shouldn't be on Premises, I called Edd number again the individual knew my Pin, balance in my account, and the Password to access the account, I haven't been able to use the Card at retailers, Atm's or Store's even with the correct Pin. I can't use the card to Pay bill's or anything of that nature. when I call edd I am Put on hold For hours at time, I can't get ahold of anyone in the tellabank, the Office Provides the incorrect Phone number, I have 6 numbers that I have been given to try & reach the unemployment office and then the county I am in refers me another county when I ask For help

**5. Please list below any person(s) (witnesses) that we may contact for additional information to support or clarify the complaint.**

| Name | Address | Phone |
|------|---------|-------|
|      |         |       |
|      |         |       |
|      |         |       |
|      |         |       |

## 6. Basis for the discrimination:
- Check the type of discrimination you experienced, such as age, race, color, national origin, disability, etc.
- If you believe more than one basis was involved, you may check more than one box:

☐ Age – *Date of birth*:

☐ Color

☐ National origin (including limited English proficiency)

☒ Retaliation

☐ Race – *Indicate race*:

☒ Sex (including pregnancy, childbirth, and related medical conditions, sex stereotyping, transgender status, and gender identity/expression)

☐ Citizenship or status as alien U.S. worker

☒ Disability

☒ Political affiliation or belief

☐ Religion

☒ Sexual harassment

☐ Sexual orientation

☒ Other (*Specify*):

## 7. Have you previously filed a complaint against this person(s)/entity?
If YES, answer the questions below.                    ☐ Yes    ☒ No

**a.** Was your complaint in writing?          ☐ Yes    ☐ No

**b.** On what date did you file the complaint?

**c.** Name of office where you filed your complaint:

Address:

City:                                State:              ZIP Code:

Phone number:                        Contact person (*if known*):

**d.** Have you been provided a final decision or report?    ☐ Yes    ☐ No
   **If you marked "YES", please attach a copy of the complaint.**

## 8. Choosing a personal representative:

- You may choose to have someone else represent you in dealing with this complaint. It may be a relative, friend, union representative, an attorney, or someone else.
- If you choose to appoint someone to represent you, all of our communication to you will be routed through your representative.

Do you want to authorize a personal representative to handle this complaint?    ☐ Yes    ☐ No
If **YES**, complete the section below. If **NO**, go to Section 9.

### AUTHORIZATION OF PERSONAL REPRESENTATIVE

I wish to authorize the individual identified below to act on my behalf as my personal representative in matters such as mediation, settlement conferences, or investigations regarding this complaint.

Name:

☐ I am an attorney representing the complainant.          ☐ I am not an attorney representing the complainant.

Mailing Address:

City:                                State:              ZIP Code:

Phone:                    Fax:

E-mail:

## 9. Alternate Dispute Resolution (ADR) also known as mediation.

**Notice:** You <u>must</u> indicate if you wish to mediate your case. The EEO Office cannot begin to process your complaint until you have made a selection. Please check **YES** or **NO** in the spaces below.

- Mediation is an alternative to having your complaint investigated.
- Neither party loses anything by mediating.
- The parties to the complaint review the facts, discuss opinions about the facts, and strive for an agreement that is satisfactory for both.
  - Agreement to mediate is not an omission of guilt by the person(s)/entity that you claim discriminated against you.
  - Mediation is conducted by a trained, qualified, and impartial mediator.
  - Your (or your Personal Representative) have control to negotiate a satisfactory agreement.
  - *Terms of the agreement are signed by the complainant and the person(s)/entity that claim discriminated against you.*
  - *Agreement are legally binding on both parties.*
  - If an agreement is not reached, a formal investigation will start.
  - Failure to keep an agreement will result in a formal investigation.
  - A formal investigation will be opened if retaliation is reported.

- **Do you wish to mediate your complaint?**
  (Please check only one box)

    ☐ **YES**, I want to mediate.     **NO**, please investigate.

## 10. Complainant's Signature:

Your signature on this form will initiate the processing of this complaint. By signing this form, you are declaring under penalty of perjury that the information included is true and correct to the best of your knowledge or belief.

**Signature:** *(signature)*       **Date:** 6-29-20

EDD is an equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities. Requests for services, aids and/or alternate formats need to be made by calling 916-654-8434 (voice). TTY users, please call the California Relay Service at 711.

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

---

### AUTOMOBILE CLAIM INFORMATION

| DOES THE CLAIM INVOLVE A STATE VEHICLE? ☐ Yes ☒ No | VEHICLE LICENSE NUMBER (if known) | STATE DRIVER NAME (if known) |
|---|---|---|
| HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER? ☐ Yes ☒ No | INSURANCE CARRIER NAME | INSURANCE CLAIM NUMBER |
| HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY? ☐ Yes ☒ No | AMOUNT RECEIVED (if any) | AMOUNT OF DEDUCTIBLE (if any) |

### NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| SIGNATURE | PRINTED NAME *Zachary Thayer* | DATE 7/27/20 |
|---|---|---|

### INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O. Box 989052, MS414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

---

**Department of General Services Privacy Notice on Information Collection**

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS Is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS Privacy Policy.

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

**DGS ORIM**
**Public Records Officer**
**707 3rd St., West Sacramento, CA 95605**
**(916) 376-5300**

# AGENDA
## SPECIAL MEETING
## NAPA COUNTY BOARD OF SUPERVISORS



A Tradition of Stewardship
A Commitment to Service

**Napa County Public Improvement Corporation**
**Silverado Community Services District**
**Monticello Public Cemetery District**
**In-Home Support Services Public Authority of Napa County**
**Lake Berryessa Resort Improvement District**
**Napa Berryessa Resort Improvement District**
**Napa County Housing Authority**
**Napa County Groundwater Sustainability Agency**

### Tuesday     April 20, 2021     9:00 A.M.

| Brad Wagenknecht District 1 | Ryan Gregory District 2 | Diane Dillon District 3 | Alfredo Pedroza District 4 | Belia Ramos District 5 |
|---|---|---|---|---|

| | Minh C. Tran County Executive Officer | Jose Luis Valdez Clerk of the Board | Jeffrey M. Brax County Counsel | |
|---|---|---|---|---|

---

### GENERAL INFORMATION

The Board of Supervisors meets as specified in its adopted annual calendar on Tuesdays at 9:00 A.M. in regular session at 1195 Third Street, Suite 305, Napa, California 94559. The meeting room is wheelchair accessible. Assistive listening devices and interpreters are available through the Clerk of the Board of the Napa County Board of Supervisors. Requests for disability related modifications or accommodations, aids or services may be made to the Clerk of the Board's office no less than 72 hours prior to the meeting date by contacting (707) 253-4580.

**The agenda is divided into three sections:**

**CONSENT ITEMS** - These matters typically include routine financial or administrative actions, as well as final adoption of ordinances that cannot be both introduced and adopted at the same meeting. Any item on the CONSENT CALENDAR will be discussed separately at the request of any person. CONSENT CALENDAR items are usually approved with a single motion.

**SET MATTERS - PUBLIC HEARINGS** - These items are noticed hearings, work sessions, and items with a previously set time.

**ADMINISTRATIVE ITEMS** - These items include significant policy and administrative actions and are classified by program areas. Immediately after approval of the CONSENT CALENDAR, if the time for hearing SET MATTERS has not arrived, ADMINISTRATIVE ITEMS will be considered.

All materials relating to an agenda item for an open session of a regular meeting of the Board of Supervisors which are provided to a majority or all of the members of the Board by Board members, staff or the public within 72 hours of but prior to the meeting will be available for public inspection, at the time of such distribution, in the office of the Clerk of the Board of Supervisors, 1195 Third Street, Suite 305, Napa, California 94559, Monday through Friday, between the hours of 8:00 a.m. and 5:00 p.m., except for County holidays. Materials distributed to a majority or all of the members of the Board at the meeting will be available for public inspection at the public meeting if prepared by the members of the Board or County staff and after the public meeting if prepared by some other person. Availability of materials related to agenda items for public inspection does not include materials which are exempt from public disclosure under Government Code sections 6253.5, 6254, 6254.3, 6254.7, 6254.15, 6254.16, or 6254.22.

**AGENDA AVAILABLE ONLINE AT www.countyofnapa.org**

Napa County - Board of Supervisors

This is a simultaneous meeting of the Board of Supervisors of Napa County, the Napa County Public Improvement Corporation, the Silverado Community Services District, the Monticello Public Cemetery District, the In-Home Support Services Public Authority of Napa County, the Lake Berryessa Resort Improvement District, the Napa Berryessa Resort Improvement District, the Napa County Housing Authority and the Napa County Groundwater Sustainability Agency.

The five District Supervisors also serve as the Board of Directors of the Napa County Public Improvement Corporation, Board of Trustees of the Silverado Community Services District, the Board of Trustees of the Monticello Public Cemetery District, the Members of the Board of the In-Home Support Services Public Authority of Napa County, the Members of the Board of the Lake Berryessa Resort Improvement District, the Members of the Board of the Napa Berryessa Resort Improvement District, the Board of Commissioners of the Napa County Housing Authority, and the Board of Directors of the Napa County Groundwater Sustainability Agency. Each of the foregoing entities is a separate and distinct legal entity. The Board welcomes you to attend its meetings that are generally scheduled on Tuesdays at 9:00 a.m. Your interest is encouraged and appreciated.

**PLEASE NOTE: IN ACCORDANCE WITH COVID-19 GUIDANCE FROM THE STATE OF CALIFORNIA, AS OF 03/04/2020, IN-PERSON ATTENDANCE AT BOARD OF SUPERVISORS MEETINGS IS LIMITED. PLEASE SEE INSTRUCTIONS BELOW FOR VIRTUAL/TELEPHONIC ATTENDANCE.**

### How to Watch or Listen to Napa County Board of Supervisors Meetings

The Board realizes that not all County residents have the same ways to stay engaged, so several alternatives are offered. Please watch or listen to the Board of Supervisors meeting in one of the following ways:

1. **Watch on your TV** - Napa Valley TV Channel 28 (programming subject to local pre-emption rules and schedules).

2. **Listen on your cell phone via Zoom** at 1-669-900-6833 then enter Meeting ID **842-343-169** once you have joined the meeting.

3. **Watch via the Internet** – view the Live Stream

    a. via Zoom at the following link: https://www.zoom.us/join

      then enter Meeting ID **842-343-169**.

    b. via Granicus by clicking on the following link:

      http://napa.granicus.com/ViewPublisher.php?view_id=2

4.  You may submit public comment for any item that appears on the agenda, or general public comment for any item or issue that does not appear on the agenda, as follows:

**Via email:**  send your comment to the following email address:

publiccomment@countyofnapa.org.  **EMAILS WILL NOT BE READ ALOUD.**

**Emails received by 8:00 AM on Tuesdays will be posted online.  Emails received during board meetings will be posted *after* the meeting.  All emails become part of the permanent record.**

**Via telephone:** please call the Board of Supervisors Public Comment Line at **(707)-299-1776.**
**Please mute all audio devices and do no use the speakerphone to prevent echoing.**

Please provide your name and the agenda item on which you are commenting.  Calls will be placed on hold and heard in the order received.  These measures exceed all legal requirements for participation and public comment, including requirements imposed by the Ralph M. Brown Act and Executive Order N-29-20 and N-33-20.

1. **CALL TO ORDER; ROLL CALL**

2. **PLEDGE OF ALLEGIANCE**

3. **APPROVAL OF MINUTES**

4. **PRESENTATIONS AND COMMENDATIONS**

5. **DEPARTMENT HEADS REPORTS AND ANNOUNCEMENTS**

6. **CONSENT ITEMS - SPECIAL DISTRICTS**

   A. **9:15 AM**

      **Lake Berryessa Resort Improvement District (LBRID) special meeting.**

   B. District Engineer requests the following regarding the "Pump Station No 1 and 2 Generator project, LB 21-01":

      1. Approval of Budget Transfer No. LBR003 for the following (4/5 vote required):
         a. Increase appropriations by $35,000 in the LBRID Administration budget (Fund 5220, Sub-Division 5220000) to transfer to Program 08007 (LB Water Tank Replace-Repair Project) offset by use of its available fund balance; and
         b. Increase appropriations by $35,000 in the Program 08007 budget (Fund 5220, Sub-Division 5220500) offset by an increase in revenue from the transfer-in from the LBRID Administration budget; and
      2. Award of the construction contract to Summit Signal, Inc. of Willits, California for their low base bid of $116,993.85 and authorization for the Chair to sign the construction contract.

7. **CONSENT ITEMS**

   Public Safety

   A. Sheriff requests approval of and authorization for the Chair to sign Amendment No. 2 to Agreement No. 180094B with Redwood Toxicology Laboratory, Inc. extending the term through June 30, 2022 with an automatic renewal of up to two (2) additional one (1) year terms and amending compensation provisions and scope of work, with no net change to the maximum amount of $50,000 per fiscal year, for toxicology testing services.

   Human Services

   B. Director of Health and Human Services requests approval of and authorization for the Chair to sign Amendment No. 1 to Agreement No. 8614 with Stanford Youth Solutions, Inc. decreasing the amount by $118,800 for a new annual maximum of $117,700 for the term April 20, 2021 through June 30, 2021 and each subsequent renewal and replacing the Scope of Work and Compensation exhibits to provide parent partner services to families whose children are enrolled in the Nexus Wraparound Program or are part of the Child Welfare system.

**C.**   Director of Health and Human Services requests approval of and authorization for the Chair to sign Amendment No. 7 to the Agreement No. 170436B with Jackson & Coker Locum Tenens, LLC, dba Jackson & Coker, increasing the maximum amount by $400,000 for a new maximum of $700,000 to provide licensed psychiatric services for the Mental Health Programs of its Health and Human Services Agency.

**D.**   Director of Health and Human Services requests approval of and authorization for the Chair to sign Amendment No. 4 to revenue Agreement No. 180189B with Workforce Alliance of the North Bay (WANB), a Joint Powers Agency, decreasing the overall maximum amount by $20,333 for a new maximum of $760,972, for the term July 1, 2020 through June 30, 2021 and amending the scope of work to extend the services to individuals impacted by COVID-19 and to continue to provide One-Stop Career Center Operations and Workforce Innovation and Opportunities Act (WIOA) Adult, Dislocated Worker and Youth program services.

**E.**   Director of Health and Human Services requests approval of and authorization for the Chair to sign Amendment No. 3 to Agreement No. 190134B with Shaunna Murtha, LCSW, increasing the amount by $20,700 for a new maximum of $39,000 as of January 01, 2021 through June 30, 2021 and each subsequent renewal, amending the Specific Terms and Conditions and the Compensation exhibits to provide consulting services to the Health and Human Services Agency.

**F.**   Director of Health and Human Services requests approval of and authorization for the Chair to sign Amendment No. 1 to Agreement No. 1902170B with The Community Foundation of the Napa Valley, Inc. for an annual maximum of $25,000 and extending the term for two additional fiscal years to continue providing support to the One Napa Valley Initiative (ONVI) naturalization assistance program.

**G.**   Director of Health and Human Services requests approval of and authorization for the Chair to sign Amendment No. 1 to Agreement No. 200270B with Davis Guest Home, Inc., increasing the amount by $200,000 for a new maximum of $1,800,000 to provide residential mental health services for Napa County clients.

**H.**   Director of Health and Human Services requests approval and authorization for the Chair to sign Agreement No. 210314B with Crestwood Behavioral Health, Inc., for a maximum of $518,142 for the term April 20, 2021 through June 30, 2021, establish a maximum amount of 3,143,142 for the term July 1, 2021 through June 30, 2022, and establish a maximum amount of $3,000,000 for the term July 1, 2022 through June 30, 2023, with a provision for annual renewal to provide recovery-based Crisis Stabilization Services.

**I.**   Director of Health and Human Services requests approval of and authorization for the Chair to sign an Agreement with Garfield Nursing Home, Inc., dba Garfield Neurobehavioral Center for a maximum of $440,000 for the term of December 1, 2020 through June 30, 2021, with a provision for five automatic renewals, to provide residential skilled nursing, specialty rehabilitative services, and behavioral health services to specifically referred mental health clients.

J.  Director of Health and Human Services requests authorization for the Auditor-Controller to pay a services claim that is over one year old from Napa County Office of Education, through the California Department of Social Services, in the amount of $20,959 for providing coordinating Educational Support for Foster Youth.

### Community Resources & Infrastructure

K.  Director of Planning, Building and Environmental Services requests approval of and authorization for the Chair to sign Amendment No. 1 to Agreement No. 190093B with LAK Associates, LLC to extend the terms of the agreement to June 30, 2023, with an automatic renewal for no more than two (2) additional years with no net increase in compensation, for the purposes of supporting staff on an as-needed basis to provide professional planning services.

L.  Director of Public Works requests approval of and authorization for the Chair to sign Amendment No. 8 to Agreement No. 6569 with Edd Clark and Associates, Inc. increasing the amount by $109,846 for a new maximum of $1,382,473 and amending the scope of work to include preparation of work plan and closure reports, all work associated with closure of wells, and preparation of and assistance with requests for reimbursement of funds from the Underground Storage Tank Cleanup Fund.

M.  Director of Public Works requests approval of and authorization for the Chair to sign Amendment No. 2 to Agreement No. 160077B with Kone, Inc. extending the term through June 30, 2023, increasing maximum annual compensation by $1,774 for a new annual maximum of $106,774, and updating the scope of work to include preventative maintenance and elevator inspection services at 2000 Airport Boulevard, which is a site not currently covered in the agreement.

N.  Director of Public Works requests the following actions related to an Agreement with Silverado Alarm for monitoring of a burglary and security alarm system at leased premises which houses Child Welfare Services:

1.  A waiver of competitive bidding requirements and sole source award of a contract amendment to Frank Purio, dba Silverado Alarm, to continue to provide monitoring of a burglary and security alarm control unit; and
2.  Approval of and authorization for the Chair to sign Amendment No. 1 to Agreement No. 170477B with Silverado Alarm, extending the term of the agreement through June 30, 2023, and increasing the amount by $144 for a new annual maximum compensation of $432.

O.  Director of Public Works requests approval of and authorization for the Chair to sign Amendment No. 5 to Napa County Lease Agreement No. 170661B with Bouazza Kostali & Mohammad Alshaer ("Lessees") which terminates the Agreement as of April 20, 2021 and forgives accumulated debt owed to the Napa County Airport incurred as a result of the COVID-19 pandemic and the resulting inability to operate the restaurant located at the Airport.

**P.**   Director of Public Works requests the following actions related to veterinary services for domestic animals in the care of the County:

1. Waiver of competitive bidding requirements and sole source award of an agreement to the Humane Society of Napa County & SPCA, Inc., herein referred to as Napa Humane; and
2. Approval of and authorization for the Chair to sign Amendment No. 1 to Agreement No. 170684B with Napa Humane, extending the term through June 30, 2024 with an automatic annual renewal not to exceed two additional years, for spay, neuter and other veterinary services for animals in the care of the Napa County Animal Shelter and Adoption Center (Animal Shelter).

**Q.**   Director of Public Works requests approval of and authorization for the Chair to sign a Space License Agreement with Aldea, Inc. doing business as Aldea Children and Family Services for space at 1546 First Street, in the city of Napa, for a monthly rental fee of $1,361 for the term April 1, 2021 through December 31, 2021 for business use by assigned District Attorney and Monarch Justice Center staff.

**R.**   Director of Public Works requests the following actions related to obtaining professional engineering services to support the Airport's approved Terminal Area Redevelopment Plan:

1. Waiver of competitive bidding requirements and sole source award of an agreement to Mead & Hunt, Inc.; and
2. Approval of and authorization for the Chair to sign an Agreement with Mead & Hunt, Inc. for a maximum of $209,104 for the term April 20, 2021 through June 30, 2022.

**S.**   Director of Public Works requests authorization to terminate the aircraft tie-down rental space license agreement dated October 8, 2016 and approval of the application for Discharge of Accountability for uncollectible rental payments, filed with the Board of Supervisors, pertaining to American Academy of Aeronautics.

**T.**   Director of Public Works requests the following actions related to 5th Street Parking Garage EV (Electric Vehicle) Charging Station project:

1. Creation of new Capital Improvement Project (CIP), 5th Street Garage EV Project (Fund 5020, Sub-Division 5020500, Program 21063); and
2. Approval of Budget Transfer No. DPW049 for the following (4/5 vote required):
   a. Increase appropriations by $123,742 in the Transfer Out Account of Fleet Operations budget (Fund 4100, Sub-Division 4100000) offset by increase in revenue due to return of funds from South Campus EV Project (Program 20045) budget; and
   b. Increase appropriations by $123,742 in Program 21063 offset by Transfer In from Fleet Operations budget.

U.    Director of Public Works requests the following:

    1.  Award of the construction contract for the "2017 Storm Slide Repair, Mt. Veeder Road MPM 5.1, RDS 19-13" to Piazza Construction of Petaluma, California, for their low base bid of $1,053,604.05 and authorization for the Chair to sign the construction contract; and

    2.  Approval Budget Transfer No. DPW050 for the following (4/5 vote required):

        a.  Increase appropriations by $1,472,346 in the Measure T Non-Operating Special Revenue Fund to transfer to Program S7304 offset by use of its available fund balance; and

        b.  Increase appropriations by $1,472,346 in Program S7304 (Mt. Veeder Road MPM 5.1, RDS 19-13) budget offset by an increase in revenue from the transfer from the Measure T SRF budget.

V.    Director of Public Works requests the following:

    1.  Adoption of a Resolution stating the County of Napa's intent to provide matching funds estimated at $1,072,500 if awarded a $6,500,000 grant that will provide federal funding from the Federal Highway Administration (FHWA) for the reconstruction of 4.9 miles of Berryessa Knoxville road and ancillary improvements; and

    2.  Approval of Budget Transfer No. DPW051 for the following (4/5 vote required):

        a.  Increase appropriation by $20,000 in the SB1 Special Revenue Fund (Fund 2440, Sub-Division 1220052) with the use of its available fund balance to be transferred to Program 21069 budget; and

        b.  Increase appropriations by $20,000 in Program 21069 budget offset by an increase in revenue from the transfer from the SB1 Special Revenue Fund; and

    3.  Creation of a new Capital Improvement Project (CIP) within the Roads Capital Improvement Program budget (Fund 2040, Sub-Division 2040500) for Berryessa Knoxville Federal Lands Access Program (FLAP)) (Program 21069).

W.    Director of Public Works requests approval of plans and specifications for the "South Napa Shelter Tenant Improvement Project," PW 20-16, authorization to advertise for sealed bids, and opening of the bids at a time, date and location to be published by the Director of Public Works pursuant to Section 20150.8 of the Public Contract Code.

X.    Director of Public Works requests the approval of plans and specifications for the Mt. Veeder and Dry Creek Pavement Repairs, RDS 21-16 and Partrick Road Pavement repair, RDS 21-18 and authorization to advertise for sealed bids and opening of the bids at a time, date, and location to be published by the Director of Public Works pursuant to Section 20150.8 of the Public Contract Code.

**Y.**  Director of Public Works requests the following actions regarding a grant from the Napa Valley Community Foundation (NVCF) for the Napa County Animal Shelter (NCAS):

1. Acceptance of a David and Jane Gotelli Family Fund grant of $25,000 for general support; and
2. Authorization for the Chair to sign a letter of appreciation for the Gotelli Family and the NVCF; and
3. Approval of Budget Transfer No. ANI001 appropriating $6,000 in the Animal Shelter Operating subdivision and $6,000 in the Spay/Neuter subdivision budget for the current fiscal year with offsetting revenues from the grant proceeds with the remaining funds of $13,000 to be budgeted in fiscal year 2021-22 (4/5 vote required).

**Z.**  Director of Public Works requests acceptance of a grant in the amount of $7,500 from the California Department of Food and Agriculture to the Napa County Animal Shelter for the Spay/Neuter Community Voucher Program.

General Admin & Finance

**AA.**  Auditor-Controller requests authorization to deny four State assessed unitary property tax refund claims for return of 2016-17 taxes paid on Assessor Parcel Numbers 799-000-162, 799-000-181, 799-000-218, and 799-000-222 (four Telecom properties), pursuant to Revenue and Taxation Code Section 100 and Section 5096.

**BB.**  Treasurer-Tax Collector requests approval of and authorization for the Chair to sign an agreement with Pre-Sort Center of Stockton, Inc. for a maximum of $45,000 per year for tax bill creation, envelopes, postage and processing related to the bulk mailing of Napa County secured and unsecured property tax bills. The contract will cover fiscal years 2021-22, 2022-23 and 2023-24, and includes a provision for two one-year extensions at the discretion of the Treasurer-Tax Collector.

**CC.**  County Executive Officer and Risk and Emergency Services Manager request approval of and authorization for the Chair to sign Amendment No. 3 to Agreement No. 170412B with York Risk Services Group, Inc. - a Sedgwick Company (Sedgwick) increasing the amount by $38,111 for a new total maximum of $473,676 for a three year term beginning July 1, 2021 through June 30, 2024 to provide claims adjuster and administrator services for the County's Workers' Compensation program.

**DD.**  County Executive Officer requests approval of and authorization for the Chair to sign Amendment No.1 to Agreement No.210219B with Berryessa SMI LP and Berryessa SMI Opco LP to correct the list of rates included with the Interim Concession contract for the Steele Canyon Recreation area as follows:

1. Uncovered dock fees – $30 per day or $276 per month;
2. Tent-Only Campsite - $34 per day for two campers; and
3. Annual Boat Launch Pass - $325.

**EE.** County Executive Officer requests the appointment of the following applicant to the Napa County Advisory Board on Alcohol and Drug Programs (ABAD) with terms to commence immediately:

| Name | Representing | Term Expires |
|------|--------------|--------------|
| Katherine Haute | Alcohol Industry | January 1, 2022 |

## 8. DISCUSSION OF ITEMS PULLED FROM CONSENT CALENDARS

## 9. PUBLIC COMMENT

## 10. ADMINISTRATIVE ITEMS - SPECIAL DISTRICTS

## 11. ADMINISTRATIVE ITEMS

Community Resources & Infrastructure

**A.** Agricultural Commissioner/Sealer of Weights and Measures, along with the Director of Planning, Building, & Environmental Services, requests that the Board of Supervisors receive an update regarding propane cannons used within Napa County agricultural lands.

**B.** Director of Planning, Building and Environmental Services (PBES) requests approval of and authorization for the Chair to sign a Joint Powers Agreement with the Cities of American Canyon, Calistoga, Napa, and St. Helena, and the Town of Yountville to establish a collaborative framework for the six jurisdictions to work together and with community partners on coordinated action to reduce greenhouse gas emissions and limit the adverse effects of future climate change.

**C.** Director of Planning, Building and Environmental Services requests acceptance of the annual report regarding the status of the Napa County General Plan and progress in its implementation as required by Government Code Section 65400.

General Admin & Finance

**D.** County Executive Officer will provide a report on pending future agenda items requested by individual Board members at the last Board meeting and will request discussion and direction regarding:

1. Pending Board of Forestry emergency regulations that restructure, modify and clarify construction standards in the State Responsibility Area/Very High Fire Hazard Severity Zone;
2. Proposal to station two fixed wing aircraft in Napa County during fire season; and
3. Proclamation condemning racism, discrimination, xenophobia and hateful acts of violence.

## 12. SET MATTERS OR PUBLIC HEARINGS - SPECIAL DISTRICTS

**13. SET MATTERS OR PUBLIC HEARINGS**

**A.** **9:00 AM**

Presentation by Dr. Karen Relucio, the County's Public Health Officer and discussion regarding the Coronavirus (COVID-19) situation, for Board direction and possible action.

**B.** **11:00 AM**

Presentation of a proclamation to Michele Grupe, Executive Director of Cope Family Center and Co-Chair of the Napa County Child Abuse Prevention Council (CAPC), Erika Lubensky, Executive Director of Community Resources for Children and Veronica Piper-Jefferson, Deputy Director HHSA/Child Welfare Services declaring April 2021 as Child Abuse Prevention Month in Napa County and Napa County Child Abuse Prevention Council (CAPC) their annual report for 2021 on the status of children and families in the community.

**14. LEGISLATIVE ITEMS**

**15. BOARD OF SUPERVISORS COMMITTEE REPORTS AND ANNOUNCEMENTS**

**16. BOARD OF SUPERVISORS FUTURE AGENDA ITEMS**

**17. COUNTY EXECUTIVE OFFICER REPORTS AND ANNOUNCEMENTS**

**18. CLOSED SESSION**

**A.** **CONFERENCE WITH REAL PROPERTY NEGOTIATOR** (Government Code Section 54956.8)

Property: Lake Berryessa - Monticello Shores, Spanish Flat and Steele Canyon
Agency Negotiator: Minh C. Tran, County Executive Officer
Negotiating Parties: Napa County, Ragatz Realty and firm to be selected through RFP CEO112001
Under Negotiation: [X] Price [X] Terms of Payment

**B.** **CONFERENCE WITH LABOR NEGOTIATOR** (Government Code Section 54957.6)

Agency Designated Representatives: Christine Briceno, Director of Human Resources
Employee Organization: SEIU Local 1021 - NAPE (Public Services Employee Unit and Supervisory Unit of the County of Napa)

**C.** **CONFERENCE WITH LEGAL COUNSEL - EXISTING LITIGATION– (Government Code Section 54956.9 (d)(1))**

Name of case:  Human Rights Defense v. County of Napa, U.S. District Court Case No. 20-cv-01296-JCS

## 19. ADJOURNMENT

**ADJOURN TO THE BOARD OF SUPERVISORS REGULAR MEETING, TUESDAY, MAY 4, 2021 AT 9:00 A.M.**

I HEREBY CERTIFY THAT THE AGENDA FOR THE ABOVE STATED MEETING WAS POSTED AT A LOCATION FREELY ACCESSIBLE TO MEMBERS OF THE PUBLIC AT THE NAPA COUNTY ADMINISTRATIVE BUILDING, 1195 THIRD STREET, NAPA, CALIFORNIA ON FRIDAY, APRIL 16, 2021 BY 5:00 P.M. A HARDCOPY SIGNED VERSION OF THE CERTIFICATE IS ON FILE WITH THE CLERK OF THE BOARD OF SUPERVISORS AND AVAILABLE FOR PUBLIC INSPECTION.

  Jose Luis Valdez (By e-signature)
 JOSE LUIS VALDEZ, Clerk of the Board

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## CLAIMANT INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| Thayer | Zachary | J |

INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) — BUSINESS NAME (if applicable)

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| 707-393-8395 | zw48059@gmail.com |

| MAILING ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 2109 Sommer | Napa | CA | 94559 |

IS THE CLAIMANT UNDER 18 YEARS OF AGE? ☐ Yes ☑ No    INSURED NAME (Insurance Company Subrogation)

IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM? ☐ Yes ☑ No    EXISTING CLAIM NUMBER (if applicable)    EXISTING CLAIMANT NAME (if applicable)

## ATTORNEY OR REPRESENTATIVE INFORMATION

| LAST NAME | FIRST NAME | MIDDLE INITIAL |
|---|---|---|
| | | |

TELEPHONE NUMBER    EMAIL ADDRESS

MAILING ADDRESS    CITY    STATE    ZIP

## CLAIM INFORMATION

STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED   NVTA   County of Santa Clara   DATE OF INCIDENT  Present
State Police, cal Fire, D.H.S, Bart Police, County of napa, City of Napa, County of Marin

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago)
due to a previous EEOC case I was awarded the right to sue my employer (gov't contractor)
sense then the state use my breeze Software to hack and live scan in inapporoe security/Alarm
therfore not at fault. I am forwarding this with my doJ packet as well. due to how situation comflort, maintaining
is seen social norms, day to day interaction, Humor to seeing look alikes, putting breeze into denial living hacking or other $sites while cost of life
and sites

| DOLLAR AMOUNT OF CLAIM  State of california - 1,000,000 | CIVIL CASE TYPE (Required, if amount is more than $10,000) |
|---|---|
| $171,596 - landmark, uber - $1,000,000, Homedelier-100000 | ☐ Limited ($25,000 or less)  ☑ Non-Limited (over $25,000) |

DOLLAR AMOUNT EXPLANATION  DFEH 201910-07977219   DFEH 201904-05656802   DFEH 201910-07977
EEOC-550-2019-00232n   EEOC 555-2019-01657   DFEH 201904 05656802   EEOC 555-2019-008

INCIDENT LOCATION
State of california, County of napa, marin, Santa clara, Solano, City of oakland, napa

SPECIFIC DAMAGE OR INJURY DESCRIPTION
Mental health, inability to achieve emplotment irresnalirites to Social & State services, Financial hardsh
Open source retaliation in azure to Ruby in radio hacks to retaliation

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY
Fire radio, Humor, day to day rantine's, Partisian Politics, image, open source SQL, how fire dept see's volunteers
compared to over in communication.

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY
How the state see's intergov't relations, budget's, image, radio, day to day management use of a live scan in
More than one state - view that fire fighter's are police in some state to liability to view OF volunteer.
retaliation to view of employment to pay grade subjected view voluntary disclosure in lawless in mentdo main
view of due process in off duty models to medication use in view of the state

Page 1 of 2