UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THAYER,<br><br>        Plaintiff,<br><br>    v.<br><br>NAPA COUNTY, et al.,<br><br>        Defendants. | Case No. 21-cv-03937-HSG<br><br>**ORDER VACATING CASE MANAGMENT CONFERENCE** |

Pending before the Court is Plaintiff's motion to proceed *in forma* pauperis. Dkt. No. 3. Section 1915(e)(2) mandates that the Court review an in forma pauperis complaint before directing the United States Marshal to serve the complaint. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 & n.8. (9th Cir. 2015). The Court will complete this review and issue a screening order in due course. The Court **VACATES** the initial case management conference previously scheduled for August 24, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 8/20/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge