UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THAYER,<br><br>        Plaintiff,<br><br>v.<br><br>NAPA COUNTY, et al.,<br><br>        Defendants. | Case No. 21-cv-03937-HSG<br><br>**ORDER RE PLAINTIFF'S MOTIONS FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>Re: Dkt. Nos. 5, 7 |

Plaintiff's Motions for Permission for Electronic Case Filing are **TERMINATED AS MOOT.** Dkt. Nos. 5, 7. Under Civil Local Rule 5-1(b) as recently amended, pro se parties must file case-initiating documents manually but are then permitted to register for ECF and file subsequent documents in the same case electronically. So no motion is required for Plaintiff to file electronically.

**IT IS SO ORDERED.**

Dated: 3/24/2022

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge