UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY THAYER,<br><br>   Plaintiff,<br><br> v.<br><br>NAPA COUNTY, et al.,<br><br>   Defendants. | Case No. 21-cv-03937-TLT<br><br>**ORDER DISMISSING CASE FOR FAILURE TO FILE AN AMENDED COMPLAINT** |

On October 17, 2022, the Court entered an Order dismissing plaintiff's first amended complaint with leave to amend. ECF No. 14. Plaintiff's amended complaint was due by November 17, 2022. *Id.* To date, plaintiff has not filed an amended complaint. Thus, the Order of dismissal stands, and the case is dismissed. *See Yourish v. Cal. Amplifier*, 191 F.3d 983, 989 (9th Cir. 1999) (affirming dismissal of action following plaintiff's failure to amend complaint after receiving leave to do so, where the interest in expeditious resolution of litigation, the court's management of its docket, and avoiding prejudice to defendants favored dismissal).

The Clerk of the Court shall close the file and not accept any further filings in this docket number. This Order terminates the case.

**IT IS SO ORDERED.**

Dated: November 28, 2022

                        TRINA L. THOMPSON
                        United States District Judge